AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

| | | |
|---|---|---|
| William C. Edwards, For himself and on behalf of all Similarly situated individuals<br>Plaintiff | )<br>)<br>) | |
| v. | ) | Civil Action No. 3:11cv39 |
| Dillard's, Inc. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Dillard's, Inc.
CT Corporation System, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, VA 23060-6802

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Christopher Colt North
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Boulevard
Newport News, VA 23606

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**

Date: JAN 19 2011

Name of clerk of court
FILE COPY

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*