IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WILLIAM C. EDWARDS,**
**For himself and on behalf of all**
**similarly situated individuals.**

### NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 12515 Warwick Blvd., Suite 100, Newport News, VA 23606 hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

Please copy him with all matters in this case.

**WILLIAM C. EDWARDS,**

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

CERTIFICATE OF SERVICE

  I hereby certify that on the 18th day of July, 2011, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

David Neal Anthony
Troutman Sanders, LLP.
Troutman Sanders Bldg.
1001 Haxall Point
P. O. Box 1122
Richmond, VA 23218-1122
David.anthony@troutmansanders.com

                _____/s/_____
                Leonard A. Bennett, VSB#37523
                Consumer Litigation Associates, P.C.
                12515 Warwick Boulevard, Suite 100
                Newport News, VA 23606
                (757) 930-3660 telephone
                (757) 930-3662 facsimile
                lenbennett@clalegal.com