IN THE EASTERN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

William C. Edwards

        Plaintiff

v.                                    CIVIL NO.: 3:11-cv-00039-JRS

Dillards, Inc

        Defendant

## STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, WILLIAM C. EDWARDS, by counsel, pursuant to F.R.C.P. 41(a) (1), and hereby files this Stipulation of Dismissal without prejudice, as to Defendant, DILLARDS, INCORPORATED, as Defendant has not filed or served an Answer in this action.

WILLIAM C. HENDERSON,

_____/s/_____
Christopher C. North
VSB #16955
Attorney for Plaintiff
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
Phone: (757) 873-1010
Fax: (757) 873-8375
Email: cnorthlaw@aol.com

2

## **CERTIFICATE**

I hereby certify that on August 8, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to David Anthony, attorney for Defendant.

By: _____/s/_____
Christopher Colt North
VSB #16955
Attorney for Plaintiff
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
Phone: (757) 873-1010
Fax: (757) 873-8375
Email: cnorthlaw@aol.com